# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

JAMESON SCHUBERT,

    Plaintiff,

v.                                                   Case No. 20-4181-CV-C-SRB-P

CORIZON MEDICAL SERVICES, et al.,

    Defendants.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: This case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Order.

Entered on: October 23, 2020

                                                            PAIGE WYMORE-WYNN
                                                            CLERK OF COURT

                                                             /s/ K. Willis
                                                             (By) Deputy Clerk